BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD GRAHAM, III,<br><br>Defendant. | CASE NO. 2:15-MJ-0021 KJN<br><br>GOVERNMENT'S MOTION TO DISMISS COMPLAINT; ORDER |

The United States hereby moves to dismiss the complaint in the above captioned case and to withdraw the arrest warrant. *See,* F.R.Crim.P. 48(a). The defendant has been prosecuted on the offenses in State Court and has not been arrested on the federal charges.

Dated: June 29, 2015                           BENJAMIN B. WAGNER
                                               United States Attorney


                                               By:  /s/ RICHARD J. BENDER
                                                    RICHARD J. BENDER
                                                    Assistant United States Attorney

It is so ORDERED,

Dated: June 29, 2015

                                               _____
                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS COMPLAINT; ORDER                    1